**Order entered April 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01503-CV

### HOSSEIN JAHANSHAHI, Appellant

### V.

### MASOOMEH JANGRAVI, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

We **GRANT** appellant's April 2, 2015 first motion to extend time to file amended brief

and **ORDER** the brief be filed no later than May 4, 2015.


/s/    CRAIG STODDART
       JUSTICE